IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                     4:04-CR-00286-01-BRW
                        4:13-CV-00684-BRW

MICHAEL PAUL PATTERSON

## ORDER

Pending is Petitioner's Motion to Vacate, Set Aside, or Correct his sentence under 28 U.S.C. § 2255 (Doc. No. 66). The Prosecution has responded.[1]

On February 9, 2006, Plaintiff pleaded guilty to all four counts in the indictment.[2] On August 3, 2006, he was sentenced to 207 month in prison.[3]

All of Petitioner's habeas claims[4] are based on the United States Supreme Court's ruling in *Alleyne v. United States*.[5] However, the Supreme Court did not make *Alleyne* retroactive to cases on collateral review.[6]

Accordingly, Petitioner's Motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. No. 66) is DENIED, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 16th day of December, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 67.

[2] Felon in possession of a firearm; attempting to manufacture methamphetamine; possession of a sawed off shotgun; and manufacturing pipe bombs.

[3] Doc. Nos. 53, 54. 87 months on Counts 1, 2, and 4 to run concurrently with each other and consecutively to 120 months on Count 3, for a total of 207 months.

[4] Petitioner claims (1) that he is actually innocent; (2) there was a fundamental miscarriage of justice; and (3) his plea was invalid.

[5] 133 S. Ct. 2151 (2013).

[6] *Simpson v. U.S.*, 721 F.3d 875, 876 (7th Cir. 2013); *U.S. v. Redd*, 735 F3d 88, 91 (2d Cir. 2013).